**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BLUEFIELD DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.** **CRIMINAL ACTION NO. 1:23-cr-00035**

**MYRON DWAYNE BROWN**
**also known as "Mylo",**

**Defendant.**

## ORDER

The United States Marshals Office has advised the Court that the Defendant has been arrested and is in federal custody; therefore, it is hereby **ORDERED** the Indictment is **UNSEALED**.

**ENTERED**: **March 24, 2023**.

Omar J. Aboulhosn
United States Magistrate Judge