**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BLUEFIELD DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL ACTION NO. 1:23-cr-00035** |
| | ) | |
| **MYRON DWAYNE BROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

At Beckley, on March 29, 2023, came the Defendant who appeared in person and in custody, for the purpose of an Arraignment and Detention Hearing on **Indictment** (ECF Doc. 1) previously scheduled by the Court. Andrew D. Isabell, Assistant United States Attorney, appeared on behalf of the United States; Tim Lupardus, Esquire, appeared on behalf of the Defendant as retained counsel; and Paradise Nelson, United States Probation Officer, was also present.

The Arraignment was held and the **Arraignment Order and Standard Discovery Requests** was completed and filed. Following the Arraignment, the Court proceeded to the Detention Hearing.

The United States filed a **Motion for Detention Hearing** (ECF Doc. 7) that invoked the rebuttable presumption. After hearing arguments and proffer of counsel, the Court finds there are conditions of release which will reasonably assure the Defendant's appearance and the safety of the community. However, the Court requests probation conduct a home study of the proposed residence and other matters as outlined on the record. Therefore, the Court **ORDERS** this matter be **CONTINUED** to **Tuesday, April 4, 2023, at 11:00 a.m. in Beckley**.

The Defendant is remanded to the custody of the United States Marshals pending the hearing on April 4, 2023.

The Court **DIRECTS** the Clerk to provide a copy of this Order to the Defendant and counsel; to the Assistant United States Attorney; to the United States Probation Office; and to the Office of the United States Marshal.

**ENTERED**: **March 29, 2023**.

Omar J. Aboulhosn
United States Magistrate Judge